# UNITED STATES DISTRICT COURT
# THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Wilkinson v. Davol, Inc. et al.*
Case No. 2:21-cv-4212

## ORDER

On November 8, 2022, the Court ordered Plaintiff to perfect service pursuant to Civil Rule 4.  (ECF No. 3.)  On November 22, 2022, Defendants filed a notice that Plaintiff had not complied with the Court's order.  (ECF No. 4.)  Therefore, Defendants' Motion to Dismiss for Failure to Serve Complaint (ECF No. 4) is **GRANTED** and Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**.  Defendants' original motion to dismiss (ECF No. 2) is **DENIED AS MOOT**.

IT IS SO ORDERED.


**2/13/2023**                                              **s/Edmund A Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**